JEFFREY D. OLSTER
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789

Attorneys for Defendant
*NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DORIS COSTANZO, an individual, and as co-Personal Representative of the Estate of Candy Lee Mayden, Deceased; DONNA CHESTNUT, an individual; and CATHERINE A. BUTLER, as co-Personal Representative of the Estate of Candy Lee Mayden,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a New York Corporation,<br><br>Defendant. | Case No. 2:17-cv-01739-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

IT IS STIPULATED between plaintiffs Doris Costanzo, Donna Chestnut and Catherine A. Butler, and defendant National Union Fire Insurance Company of Pittsburgh, PA, by and through their respective counsel, and pursuant to LR 7-1, that the time for Defendant to respond to Plaintiffs' Complaint is hereby extended by two weeks, or to August 14, 2017.

1  IT IS FURTHER STIPULATED between the parties that this stipulated extension of time
2  does not operate as any admission or waiver of any claim or defense by Plaintiffs or Defendant.

3

4  DATED this 26th day of July, 2017.           DATED this 26th day of July, 2017.

5  LAW OFFICES OF STEVEN J. PARSONS     LEWIS BRISBOIS BISGAARD & SMITH LLP

6

7  /s/ Steven Parsons                          /s/ Jeffrey D. Olster
8  Steven J. Parsons                           Jeffrey D. Olster
   Joseph N. Mott                              6385 S. Rainbow Boulevard, Suite 600
9  Scott E. Lundy                              Las Vegas, Nevada 89118
   10091 Park Run Drive, Suite 200             *Attorneys for Defendant*
10 Las Vegas, Nevada 89145
11 *Attorneys for Plaintiffs*

12

13                                          **ORDER**

14         IT IS SO ORDERED.

15

16

17                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
18

19                                          Dated: July 27, 2017

20

21

22

23

24

25

26

27

28