JEFFREY D. OLSTER
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789

Attorneys for Defendant
*NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DORIS COSTANZO, an individual, and as co-Personal Representative of the Estate of Candy Lee Mayden, Deceased; DONNA CHESTNUT, an individual; and CATHERINE A. BUTLER, as co-Personal Representative of the Estate of Candy Lee Mayden,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a New York Corporation,<br><br>Defendant. | Case No. 2:17-cv-01739-APG-PAL<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(Second Request)** |

IT IS STIPULATED between plaintiffs Doris Costanzo, Donna Chestnut and Catherine A. Butler, and defendant National Union Fire Insurance Company of Pittsburgh, PA, by and through their respective counsel, and pursuant to LR 7-1, that the time for Defendant to answer Plaintiffs' Amended Complaint (ECF No. 16) is hereby extended by four weeks, or to January 22, 2018, to facilitate an early mediation.

IT IS FURTHER STIPULATED between the parties that this stipulated extension of time does not operate as any admission or waiver of any claim or defense by Plaintiffs or Defendant.

DATED this 21st day of December, 2017.   DATED this 21st day of December, 2017.

LAW OFFICES OF STEVEN J. PARSONS    LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Steven J. Parsons    /s/ Jeffrey D. Olster
Steven J. Parsons    Jeffrey D. Olster
10091 Park Run Drive, Suite 200    6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89145    Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*    *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated: December 22, 2017.

_____
U.S. DISTRICT/MAGISTRATE JUDGE