JEFFREY D. OLSTER
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789

Attorneys for Defendant
*NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DORIS COSTANZO, an individual, and as co-Personal Representative of the Estate of Candy Lee Mayden, Deceased; DONNA CHESTNUT, an individual; and CATHERINE A. BUTLER, as co-Personal Representative of the Estate of Candy Lee Mayden,<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a New York Corporation,<br><br>    Defendant. | Case No. 2:17-cv-01739-APG-(PAL)<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(Third Request)** |

    IT IS STIPULATED between plaintiffs Doris Costanzo, Donna Chestnut and Catherine A. Butler, and defendant National Union Fire Insurance Company of Pittsburgh, PA, by and through their respective counsel, and pursuant to LR 7-1, that the time for Defendant to answer Plaintiffs' Amended Complaint (ECF No. 16) is hereby extended by two weeks, or to February 5, 2018, to facilitate the parties' ongoing settlement discussions.

    The parties have continued to discuss how to resolve this dispute, either in utilizing ADR – which has been discussed and explored – or in response to a demand that has been made by Plaintiffs.

IT IS FURTHER STIPULATED between the parties that this stipulated extension of time does not operate as any admission or waiver of any claim or defense by Plaintiffs or Defendant.

DATED: January 22, 2018.

LAW OFFICES OF STEVEN J. PARSONS

/s/ Steven J. Parsons
Steven J. Parsons
10091 Park Run Dr Ste 200
Las Vegas, Nevada 89145-8868
*Attorneys for Plaintiffs*

DATED: January 22, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Jeffrey D. Olster
Jeffrey D. Olster
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: February 2, 2018