UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DORIS COSTANZO, et al.,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>　　　　　　　　Defendant. | Case No. 2:17-cv-01739-APG-PAL<br><br>ORDER |

Before the court is the parties' Notice of Settlement (ECF No. 23). The parties represent that they have settled and request 60 days to submit a stipulation with prejudice. Having reviewed and considered the matter,

**IT IS ORDERED** that the parties shall have until **May 21, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

DATED this 23rd day of March, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE